# United States Court of Appeals
## For the First Circuit

No. 00-1137

FERRARA & DIMERCURIO,

Plaintiff, Appellant,

v.

ST. PAUL MERCURY, INSURANCE COMPANY,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on February 14, 2001 is amended as follows:

Page 25, line 2: "note 7" should be "note 5"